# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| BRITTAINE S. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00699-AMM-HNJ |
| JIMMY KILGORE, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On July 19, 2021, the Magistrate Judge ordered the plaintiff, Brittaine S. Williams, to file an amended complaint within thirty days. Doc. 8. When Mr. Williams failed to comply with or otherwise respond to that order, the Magistrate Judge entered a report and recommendation that this case be dismissed without prejudice based on Mr. Williams's failure to prosecute. Doc. 9. Although the Magistrate Judge notified Mr. Williams of his right to file objections to the report and recommendation within fourteen days, no objections have been filed with the court and that time limitation has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** the recommendation. Accordingly, the

court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** due to the plaintiff's failure to prosecute.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this 22nd day of September, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                      In Replying Give Number
Clerk of Court                                                                       of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) **REQUIRES** that <u>all</u> prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $505.00 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice